Clara L. Schirding, appellant, v. Walter F. E. Swanson et al., appellees. Gen. No. 36,713.

Opinion filed November 21, 1933.

H. J. Thal, for appellant. Ignatz Spitz, A. G. Humphrey, A. S. & E. W. Froehlich and Eckert & Peterson, for certain appellees; Earle G. Kallen, of counsel. Charles Horgan and James L. Henry, for certain other appellee.

Mr. Justice Gridley delivered the opinion of the court.

Consumers Petroleum Company, appellant, v. Yellow Cab Company and Benzoline Motor Fuel Company, appellees. Gen. No. 36,087.

Opinion filed November 21, 1933. Rehearing denied December 4, 1933.

William Jaffe, for appellant. Samuels, Costello & Greenberg, for appellees; Edward Wolfe and Gabriel D. Wellner, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

William T. Woodley, defendant in error, v. Alexander Weir et al., defendants. Agnes Weir et al., plaintiffs in error. Gen. No. 36,152.

Opinion filed November 21, 1933.

James F. Hutchison, for plaintiffs in error. Wolfson & Fireman and Arthur Chittick, for defendant in error; Harry J. Fireman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.